**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

D'ANGELO LAVELLE DIXON,

     Plaintiff,

v.                                                                     Case No. 5:20-cv-249-RV/MJF

JAMES J GOODMAN, JR, *et al.*,

     Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report

and Recommendation dated November 17, 2020 (ECF No. 11). The parties have

been furnished a copy of the Report and Recommendation and have been afforded

an opportunity to file objections pursuant to Title 28, United States Code, Section

636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that

the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The Magistrate Judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.      This action is **DISMISSED** without prejudice, pursuant to 28 U.S.C.

§§ 1915(A)(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial

process.

3.      The clerk of the court shall close the case file.

**DONE AND ORDERED** this 18th day of December, 2020.


s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**